UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JODY ALAN HOWLAND,

        Plaintiff,              Case No. 1:24-cv-1332

v.                                   Honorable Phillip J. Green

UNKNOWN HENSON, et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  March 14, 2025               /s/ Phillip J. Green
                                                  PHILLIP J. GREEN
                                                  United States Magistrate Judge